UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                          CASE NO. 05-10914-GVL1
                                                CHAPTER 13
JOHN W. QUINCEY


_____Debtor(s)_____/


## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR JOHN W. QUINCEY which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 390122 in the amount of $322.22 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>  /s/Leigh D. Hart or
>  /s/William J. Miller, Jr.
>  OFFICE OF THE CHAPTER 13 TRUSTEE
>  POST OFFICE BOX 646
>  TALLAHASSEE, FL 32302
>  ldhecf@earthlink.net
>  (850) 681-2734 "Telephone"
>  (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

JOHN W. QUINCEY
15551 NW 2ND COURT           ,
TRENTON, FL 32693

AND

BARBARA A. CUSUMANO, ESQUIRE
126 NW 76TH DRIVE, SUITE B
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>  /s/Leigh D. Hart or
>  /s/William J. Miller, Jr.
>  OFFICE OF CHAPTER 13 TRUSTEE

4/15/2010  8:53 am / CR_213